UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HENRY J. WARD,                              3:05-cv-00102-HDM-VPC

    Plaintiff,

vs.                                         ORDER ADOPTING
                                            MAGISTRATE JUDGE'S
JACKIE CRAWFORD, *et al.*,                  REPORT AND RECOMMENDATION

    Defendants.
_____/

    The court has considered the report and recommendation of the United States Magistrate Judge (#78) filed on July 10, 2007, in which the Magistrate Judge recommends that this court enter an order granting defendant's motion to dismiss (#67).

    The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636.

    While the court is troubled by the fact that defendants denied the 12-15-03/1559 grievance as duplicative of a previously

filed grievance in error, plaintiff was required to appeal that determination through the administrative process. Plaintiff failed to do so.  The court must therefore dismiss this action for failure to exhaust administrative remedies pursuant to the Prison Litigation Reform Act of 1996, 42 U.S.C. § 1997e.

Accordingly, the court ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#78).

The defendants' motion to dismiss (#67) is GRANTED.

It is so ORDERED.

Dated this 7th day of August, 2007.

*/s/ Howard D. McKibben*
UNITED STATES DISTRICT JUDGE